AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D. | US Court of Appeals, 2d Cir. | 04/30/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Senior) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Columbia Law School |
| 2. | Member, Columbia Board of Visitors | Columbia Law School |
| 3. | Adviser | Global Media Freedom Initiative's High-Level Panel of Legal Experts (convened at the request of the UK and Canadian governments) |
| 4. | Adviser | American Law Institute's Restatement Third of Torts, Defamaton and Privacy |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement, Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month/life, no increase, decrease or cap |
| 2. | 2010 | Practising Law Institute and Robert D. Sack, publication of 4th edition of treatise on defamation law; royalty 15% of net receipts |
| 3. | 2017 | Practising Law Institute and Robert D. Sack, publication of 5th edition of treatise on defamation law; royalty 15% of net receipts |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Practising Law Institute Book Royalties | $11,433.08 |
| 2. 2020 | Gibson, Dunn & Crutcher LLP Retirement Plan | $72,000.00 |
| 3. 2020 | Adjunct Professor, Columbia Law School | $12,499.92 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | West Publishing Corporation, Thomson Reuters Royalties |
| 2. 2020 | Marymount Manhattan College, Adjunct Professor of Art History |
| 3. 2020 | Winterthur Museum, Honorarium |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank Mastercard | Credit Cards | J |
| 2. American Express | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  JPMORGAN CHASE ACCOUNTS | A | Interest | L | T | | | | | |
| 2.  OPP ADVANTAGE BANK DEPOSIT | A | Interest | J | T | | | | | |
| 3.  OPP ALLSTATE CORP | A | Dividend | J | T | | | | | |
| 4.  OPP APPLE INC | A | Dividend | M | T | | | | | |
| 5.  OPP BP PLC SPONSORED ADR | B | Dividend | | | Sold | 09/23/20 | J | A | |
| 6.  OPP BANK AMER CORP | A | Dividend | K | T | | | | | |
| 7.  OPP BOEING CO | B | Dividend | L | T | | | | | |
| 8.  OPP CHEVRON | A | Dividend | K | T | Buy | 09/23/20 | K | | |
| 9.  OPP EXXON MOBIL CORP | A | Dividend | | | Sold | 09/23/20 | J | A | |
| 10.  OPP 13D ACTIVIST FUND CLASS I | A | Dividend | J | T | | | | | |
| 11.  OPP VANGUARD TREASURY MONEY MARKET | C | Int./Div. | M | T | Sold (part) | 03/03/20 | J | A | |
| 12.  OPP DWS STRATEGIC HIGH YIELD TAX-FREE FUND CL INST | A | Interest | K | T | | | | | |
| 13.  OPP IVY MUNICIPAL HIGH INCOME FUND CLASS I | A | Int./Div. | J | T | | | | | |
| 14.  OPP NUVEEN HIGH YIELD MUNI BOND CL I | B | Interest | K | T | | | | | |
| 15.  OPP ETF MANAGERS TR PRIME CYBR SCRTY | A | Dividend | K | T | | | | | |
| 16.  OPP ISHARES TR US FIN SVC ETF | A | Dividend | K | T | | | | | |
| 17.  OPP ISHARES TR INTL SEL DIV ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OPP ISHARES TR US AER DEF ETF | A | Dividend | K | T | | | | | |
| 19. OPP SPDR S&P AEROSPACE & DEFENCE | A | Dividend | K | T | | | | | |
| 20. OPP SPDR S&P REGIONAL BANKING | A | Dividend | K | T | | | | | |
| 21. OPP FINANCIAL SELECT SECTOR SPDR | A | Dividend | K | T | | | | | |
| 22. OPP INDUSTRIAL SELECT SECTOR SPDR | A | Dividend | J | T | | | | | |
| 23. OPP TECHNOLOGY SELECT SECTOR SPDR | A | Dividend | J | T | | | | | |
| 24. OPP VANECK VECTORS ETF | A | Dividend | K | T | Buy | 09/23/20 | K | | |
| 25. OPP COHEN & STEERS QUALITY INCOME CLOSED END | B | Dividend | K | T | Buy | 03/03/20 | K | | |
| 26. OPP NEUBERGER BERMAN MLP AND ENRGY CLOSED END | A | Dividend | J | T | | | | | |
| 27. OPP TEKLA HEALTHCARE INVS SH BEN INT CLOSED END | B | Dividend | K | T | | | | | |
| 28. OPP TEKLA LIFE SCIENCES INVS SH BEN INT CLOSED END | A | Dividend | J | T | | | | | |
| 29. OPP EATON VANCE MUN BD FD TAX FREE COM | B | Interest | K | T | Buy | 03/03/20 | K | | |
| 30. OPP NUVEEN NEW YORK AMT QLT MUNICP TAX FREE COM | B | Interest | L | T | | | | | |
| 31. OPP NUVEEN INTER DURATION MUN TERM TAX FREE COM | C | Interest | L | T | | | | | |
| 32. OPP NEW YORK N Y CITY MUN WTR FIN NY 3.625% DUE 06/15/25 B/E REV OID | A | Interest | | | Sold | 06/15/20 | K | A | |
| 33. Northwestern Mutual Whole Life Insurance Policy | C | Dividend | | | Distributed | 02/28/20 | M | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | Ameriprise RiverSource Retirement Advisor 4 Advantage VA-Annuity | F | Interest | O | T | | | | | |
| 35. | NB186 DREYFUS GOVERNMENT CASH MGMT ADMIN | A | Dividend | M | T | | | | | |
| 36. | NB186 ACCENTURE PLC CLS A | A | Dividend | | | Buy (add'l) | 05/20/20 | K | | |
| 37. | | | | | | Sold | 08/07/20 | K | A | |
| 38. | NB186 ADOBE INC COM | A | Dividend | | | Sold (part) | 07/16/20 | J | A | |
| 39. | | | | | | Sold | 08/07/20 | K | A | |
| 40. | NB186 ALIBABA GROUP HOLDING LTD | A | Dividend | | | Buy | 04/03/20 | J | | |
| 41. | | | | | | Sold | 05/20/20 | K | B | |
| 42. | NB186 ALPHABET INC CAP STK CL A | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 43. | NB186 AMAZON.COM INC | A | Dividend | K | T | Sold (part) | 08/07/20 | L | B | |
| 44. | | | | | | Buy | 09/04/20 | K | | |
| 45. | NB186 AMEREN CORP COM | A | Dividend | | | Sold | 05/20/20 | K | A | |
| 46. | NB186 AMETEK INC COM | A | Dividend | | | Sold | 05/20/20 | K | A | |
| 47. | NB186 AMPHENOL CORP CLASS A COM | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 48. | NB186 APPLE INC COM | A | Dividend | | | Sold | 08/07/20 | L | A | |
| 49. | NB186 ASML HOLDING NV | A | Dividend | | | Buy | 01/27/20 | J | | |
| 50. | | | | | | Sold | 08/07/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.  NB186 BOEING CO COM | A | Dividend | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 52. | | | | | Sold | 03/20/20 | J | A | |
| 53.  NB186 BOOKING HLDGS INC COM | A | Dividend | | | Sold | 02/28/20 | K | A | |
| 54.  NB186 CDW CORP COM | A | Dividend | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 56. | | | | | Sold | 08/07/20 | K | A | |
| 57.  NB186 CISCO SYS INC COM | A | Dividend | | | Sold | 05/20/20 | K | A | |
| 58.  NB186 CSX CORP COM | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 59.  NB186 DANAHER COPRPORATION | A | Dividend | K | T | Buy | 09/04/20 | K | | |
| 60.  NB186 ECOLAB INC | A | Dividend | K | T | Buy | 07/31/20 | K | | |
| 61. | | | | | Buy<br>(add'l) | 08/07/20 | K | | |
| 62.  NB186 ESTEE LAUDER COMPANIES<br>INC COM | A | Dividend | | | Sold | 05/29/20 | K | A | |
| 63.  NB186 FIDELITY NATL INFORMATION<br>SERVICES COM | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 64.  NB186 HOME DEPOT INC COM | B | Dividend | | | Sold | 08/07/20 | L | A | |
| 65.  NB186 INTUIT COM | A | Dividend | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 66. | | | | | Sold | 08/07/20 | K | A | |
| 67.  NB186 INTUITIVE SURGICAL INC COM<br>NEW | A | Dividend | | | Sold | 05/29/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. NB186 MASTERCARD INC CL A | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 69. NB186 MCCORMICK&COMPANY INC COM NPVD | A | Dividend | | | Sold (part) | 05/18/20 | J | A | |
| 70. | | | | | Sold | 05/20/20 | K | A | |
| 71. NB186 MEDTRONIC PLC | A | Dividend | | | Buy | 03/04/20 | K | | |
| 72. | | | | | Sold | 08/07/20 | K | A | |
| 73. NB186 MICROSOFT CORP | A | Dividend | | | Sold | 08/07/20 | L | A | |
| 74. NB186 MOTOROLA SOLUTIONS INC COM NEW | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 75. NB186 NEXTERA ENERGY INC COM | A | Dividend | | | Buy (add'l) | 05/20/20 | J | | |
| 76. | | | | | Sold | 08/07/20 | K | A | |
| 77. NB186 NEXTERA ENERGY PARTNERS LP COM | B | Dividend | | | Buy (add'l) | 05/20/20 | J | | |
| 78. | | | | | Sold | 08/07/20 | L | A | |
| 79. NB186 NIKE INC CLASS B COM | A | Dividend | | | Sold | 05/29/20 | J | A | |
| 80. NB186 OMNICOM GROUP INC | A | Dividend | | | Buy | 06/15/20 | J | | |
| 81. | | | | | Sold | 08/07/20 | J | A | |
| 82. NB186 PHILLIPS 66 COM | A | Dividend | | | Sold (part) | 05/20/20 | J | A | |
| 83. | | | | | Buy | 06/23/20 | J | | |
| 84. | | | | | Sold | 08/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | NB186 PROCTER & GAMBLE CO COM | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 86. | NB186 ROPER TECHNOLOGIES INC | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 87. | NB186 SVB FINL GROUP | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 88. | NB186 TARGET CORP | A | Dividend | K | T | Buy | 09/08/20 | K | | |
| 89. | NB186 THERMO FISHER SCIENTIFIC INC | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 90. | NB186 TJX COS INC NEW COM | A | Dividend | K | T | Buy (add'l) | 04/23/20 | J | | |
| 91. | | | | | | Buy (add'l) | 05/29/20 | J | | |
| 92. | | | | | | Buy (add'l) | 08/07/20 | J | | |
| 93. | NB186 UNION PACIFIC CORP COM | A | Dividend | | | Buy (add'l) | 05/20/20 | J | | |
| 94. | | | | | | Sold | 08/07/20 | K | A | |
| 95. | NB186 VISA INC COM CL A | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 96. | NB186 VISTRA ENERGY CORP COM | A | Dividend | | | Sold | 05/20/20 | K | A | |
| 97. | NB186 WALMART INC | A | Dividend | | | Buy | 01/27/20 | J | | |
| 98. | | | | | | Buy (add'l) | 01/31/20 | J | | |
| 99. | | | | | | Buy (add'l) | 05/29/20 | J | | |
| 100. | | | | | | Sold | 08/07/20 | K | A | |
| 101. | NB186 WALT DISNEY CO | A | Dividend | | | Sold (part) | 03/02/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 103. | | | | | Sold | 08/07/20 | K | A | |
| 104. NB186 ZEBRA TECHNOLOGIES CORP CL A | A | Dividend | | | Buy (add'l) | 05/29/20 | J | | |
| 105. | | | | | Sold | 08/07/20 | K | A | |
| 106. NB186 ZOETIS INC COM | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 107. NB186 ZIMMER BIOMET HLDGS INC 2.70000% 4/1/20 | A | Interest | | | Redeemed | 04/01/20 | J | | |
| 108. NB186 FISERV INC NOTE CALL MAKE WHOLE 2.70000% 6/1/20 | A | Interest | | | Redeemed | 06/01/20 | J | | |
| 109. NB186 MORGAN STANLEY MTN 2.80000% 6/16/20 | A | Interest | | | Redeemed | 06/16/20 | J | | |
| 110. NB186 CHUBB INA HLDGS INC 2.3% 11/3/20 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 111. NB186 LOCKHEED MARTIN CORP 2.5% 11/23/20 | A | Interest | | | Redeemed (part) | 06/16/20 | J | | |
| 112. | | | | | Sold | 08/07/20 | J | A | |
| 113. NB186 ANALOG DEVICES INC NOTE CALL MAKE WHOLE 2.95000% 1/12/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 114. NB186 PIONEER NAT RES CO NOTE CALL MAKE WHOLE 3.45000% 1/15/21 | A | Interest | | | Sold | 06/04/20 | J | A | |
| 115. NB186 VULCAN MATLS CO NOTE 2.55688% 3/1/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 116. NB186 MARRIOTT INTL INC NOTE 2.53500% 3/8/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 117. NB186 WELLS FARGO CO MTN BE 4.60000% 4/1/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 118. NB186 TOTAL CAPITAL INTERNATIONAL S.A. 2.218% 7/12/21 | A | Interest | | | Sold | 08/07/20 | J | A | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. NB186 ZOETIS INC NOTE CALL MAKE WHOLE 2.33850% 8/20/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 120. NB186 CANADIAN NATURAL RESOURCES LTD NOTE 3.45000% 11/15/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 121. NB186 MOODYS CORP NOTE CALL MAKE WHOLE 2.75000% 12/15/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 122. NB186 JPMORGAN CHASE &CO NOTE 4.50000% 1/24/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 123. NB186 WEC ENERGY GROUP INC NOTE CALL MAKE WHOLE 3.1000% 3/8/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 124. NB186 WESTERN UN CO NOTE CALL MAKE WHOLE 3.60000% 3/15/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 125. NB186 AMERIPRISE FINL INC NOTE CALL MAKE WHOLE 3.00000% 3/22/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 126. NB186 BANK OF MONTREAL MTN 2.90000% 3/26/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 127. NB186 TOYOTA MOTOR CREDIT CORP MTN 2.65000% 4/12/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 128. NB186 BOEING CO NOTE CALL MAKE WHOLE 2.70000% 5/1/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 129. NB186 MOTOROLA SOLUTIONS INC 3.75000% 5/15/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 130. NB186 GLAXOSMITHKLINE CAP PLC NOT 2.87500% 6/1/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 131. NB186 RYDER SYS MTN BE CALL MAKE WHOLE 2.87500% 6/1/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 132. NB186 TRUIST FINL CORP SER G 3.05% 6/20/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 133. NB186 CHURCH &DWIGHT INC NOTE CALL MAKE WHOLE 2.45000% 8/1/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 134. NB186 DTE ENERGY CO NOTE CALL MAKE WHOLE 2.25000% 11/1/22 | A | Interest | | | Sold | 08/07/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 135. NB186 DH EUROPE FIN II S A R L NOTE 2.05000% 11/15/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 136. NB186 BK AMER CORP MTN 3.30000% 1/11/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 137. NB186 GOLDMAN SACHS GROUP INC 3.625% 1/22/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 138. NB186 BANK OF NY MELLON CORP 1.85% 1/27/2023 | A | Interest | | | Buy | 01/28/20 | J | | |
| 139. | | | | | Sold | 08/07/20 | J | A | |
| 140. NB186 EATON VANCE CORP NOTE CALL MAKE WHOLE 3.62500% 6/15/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 141. NB186 CIGNA CORP NEW 3.75% 7/15/2023 | A | Interest | | | Buy | 01/06/20 | J | | |
| 142. | | | | | Sold | 08/07/20 | J | A | |
| 143. NB186 COMERICA INC NOTE 3.70000% 7/31/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 144. NB186 ASTRAZENECA NOTE CALL MAKE WHOLE 3.50000% 8/17/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 145. NB186 ROPER TECHNOLOGIES INC NOTE 3.65000% 9/15/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 146. NB186 TRANSCANADA PIPELINES LTD NOTE 3.75000% 10/16/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 147. NB186 GENERAL MLS INC NOTE 3.7% 10/17/23 | A | Interest | | | Buy | 06/12/20 | J | | |
| 148. | | | | | Sold | 08/07/20 | J | A | |
| 149. NB186 SHELL INTL.FIN.BV NOTE CALL MAKE WHOLE 3.50000% 11/13/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 150. NB186 PNC FINL SVCS GROUP INC NOTE 3.50000% 1/23/24 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 151. NB186 BUNGE LTD FIN CORP NOTE CALL MAKE WHOLE 4.35000% 3/15/24 | A | Interest | | | Sold | 08/07/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 152. NB186 MCKESSON CORP NEW 3.796% 3/15/2024 | A | Interest | | | Buy | 02/20/20 | J | | |
| 153. | | | | | Sold | 08/07/20 | J | A | |
| 154. NB186 AT&T INC NOTE CALL MAKE WHOLE 4.45000% 4/1/24 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 155. NB186 COMCAST CORP NEW NOTE CALL MAKE WHOLE 3.70000% 4/15/24 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 156. NB186 KINDER MORGAN ENERGY PARTNERS 4.3% 5/1/2024 | A | Interest | | | Buy | 03/02/20 | J | | |
| 157. | | | | | Sold | 08/07/20 | J | A | |
| 158. NB186 CITIGROUP INC NOTE CALL MAKE WHOLE 4.04400% 6/1/24 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 159. NB186 NASDAQ INC NOTE CALL MAKE WHOLE 4.25000% 6/1/24 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 160. NB186 WASTE MGMT INC DEL NOTE 2.95% 6/15/24 | A | Interest | | | Buy | 06/12/20 | J | | |
| 161. | | | | | Sold | 07/20/20 | J | A | |
| 162. NB186 MEDTRONIC INC NOTE CALL MAKE WHOLE 3.50000% 3/15/25 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 163. NB186 ABBVIE INC 3.6% 5/14/25 | A | Interest | | | Buy | 07/24/20 | J | | |
| 164. | | | | | Sold | 08/07/20 | J | A | |
| 165. NB186 NORFOLK SOUTHERN CORP 3.65% 8/1/2025 | A | Interest | | | Buy | 02/11/20 | J | | |
| 166. | | | | | Sold | 08/07/20 | J | A | |
| 167. NB186 FREEPORT-MCMORAN INC NOTE CALL MAKE WHOLE 3.55000% 3/1/22 | A | Interest | | | Sold | 08/07/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 168.  NB186 BALL CORP NOTE CALL MAKE WHOLE 5.00000% 3/15/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 169.  NB186 OCCIDENTAL PETE CORP 2.6% 4/15/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 170.  NB186 ANIXTER INC NOTE CALL MAKE WHOLE 5.50000% 3/1/23 | A | Interest | | | Sold (part) | 05/18/20 | J | A | |
| 171. | | | | | Sold | 08/07/20 | J | A | |
| 172.  NB186 TOLL BROS FIN CORP NOTE CALL MAKE WHOLE 4.37500% 4/15/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 173.  NB186 AMERIGAS PARTNERS L P NOTE 5.62500% 5/20/24 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 174.  NB186 UNITED RENTALS NORTH AMER INC 5.875% 9/15/26 | A | Interest | | | Buy | 02/14/20 | J | | |
| 175. | | | | | Sold | 08/07/20 | J | A | |
| 176.  NB186 US TREAS BILLS ZERO CPN 0.0% 2/18/21 | A | Interest | L | T | Buy | 08/24/20 | L | | |
| 177.  NB186 US TREAS NTS NOTE 2.50000% 2/28/21 | A | Interest | J | T | Sold (part) | 02/19/20 | J | | |
| 178. | | | | | Sold (part) | 02/28/20 | J | | |
| 179.  NB186 US TREAS BILLS ZERO CPN 0.0% 8/12/21 | A | Interest | L | T | Buy | 08/24/20 | L | | |
| 180.  NB186 VANGUARD SHORT TERM CORP BD INDEX ADMRL | B | Interest | M | T | Buy | 11/25/20 | L | | |
| 181.  NBF186 SPDR S&P500 ETF TRUST | D | Dividend | O | T | Buy | 08/17/20 | N | | |
| 182. | | | | | Buy (add'l) | 09/04/20 | M | | |
| 183. | | | | | Buy (add'l) | 11/27/20 | L | | |
| 184.  NB435 DRYFUS GOVERNMENT CASH MGMT ADMIN | A | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. NB435 ACCENTURE PLC | A | Dividend | | | Buy | 04/07/20 | J | | |
| 186. | | | | | Sold | 05/29/20 | J | A | |
| 187. NB435 ALIBABA GROUP HOLDING LTD | A | Dividend | | | Buy | 03/03/20 | J | | |
| 188. | | | | | Sold | 05/20/20 | J | A | |
| 189. NB435 ALPHABET INC CAP STK CL C | A | Dividend | L | T | | | | | |
| 190. NB435 AMAZON.COM INC | A | Dividend | L | T | | | | | |
| 191. NB435 AMEREN CORP COM | A | Dividend | | | Sold | 05/20/20 | K | A | |
| 192. NB435 BOEING CO COM | A | Dividend | | | Buy (add'l) | 03/10/20 | J | | |
| 193. | | | | | Sold | 03/20/20 | J | A | |
| 194. NB435 CDW CORP COM | A | Dividend | K | T | | | | | |
| 195. NB435 CISCO SYS INC COM | A | Dividend | | | Sold | 05/20/20 | K | A | |
| 196. NB435 CME GROUP INC COM | A | Dividend | | | Buy (add'l) | 05/20/20 | J | | |
| 197. | | | | | Sold | 08/07/20 | K | A | |
| 198. NB435 CSX CORP COM USD1 | A | Dividend | | | Sold | 05/20/20 | K | A | |
| 199. NB435 DANAHER CORPORATION COM | A | Dividend | L | T | Buy (add'l) | 05/20/20 | J | | |
| 200. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 201. NB435 DISNEY WALT CO | A | Dividend | | | Sold | 03/02/20 | K | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202.  NB435 EXACT SCIENCES CORP | A | Dividend | | | Sold | 05/29/20 | J | A | |
| 203.  NB435 ECOLAB INC | A | Dividend | K | T | Buy | 07/31/20 | K | | |
| 204. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 205.  NB435 FIDELITY NATL INFORMATION SERVICES COM | A | Dividend | K | T | | | | | |
| 206.  NB435 HOME DEPOT INC COM | B | Dividend | L | T | | | | | |
| 207.  NB435 INTUIT COM | A | Dividend | | | Buy (add'l) | 05/20/20 | J | | |
| 208. | | | | | Sold | 08/07/20 | K | A | |
| 209.  NB435 JPMORGAN CHASE & CO COM | A | Dividend | | | Buy | 05/20/20 | K | | |
| 210. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 211. | | | | | Sold | 08/07/20 | K | A | |
| 212.  NB435 MARRIOTT INTERNATIONAL INC COM | A | Dividend | | | Sold | 03/20/20 | J | A | |
| 213.  NB435 MCDONALDS CORP | A | Dividend | | | Buy (add'l) | 05/29/20 | K | | |
| 214. | | | | | Sold | 08/07/20 | L | A | |
| 215.  NB435 MEDTRONIC PLC | A | Dividend | | | Buy | 03/04/20 | K | | |
| 216. | | | | | Sold | 08/07/20 | K | A | |
| 217.  NB435 MICROSOFT CORP | A | Dividend | L | T | | | | | |
| 218.  NB435 MOTOROLA SOLUTIONS INC COM NEW | A | Dividend | K | T | Buy (add'l) | 05/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 219.  NB435 NEXTERA ENERGY INC COM USD0.01 | A | Dividend | L | T | Buy (add'l) | 05/20/20 | J | | |
| 220.  NB435 NEXTERA ENERGY PARTNERS LP COM UNIT PART | A | Distribution | | | Buy (add'l) | 05/20/20 | J | | |
| 221. | | | | | Sold | 08/07/20 | K | A | |
| 222.  NB435 NORFOLK SOUTHERN CORP COM USD1 | A | Dividend | | | Buy (add'l) | 05/20/20 | J | | |
| 223. | | | | | Sold | 08/07/20 | K | A | |
| 224.  NB435 OMNICOM GROUP INC | A | Dividend | | | Buy | 06/15/20 | J | | |
| 225. | | | | | Sold | 08/07/20 | J | A | |
| 226.  NB435 PHILLIPS 66 | A | Dividend | | | Buy | 06/23/20 | J | | |
| 227. | | | | | Sold | 08/07/20 | J | A | |
| 228.  NB435 RAYTHEON TECHNOLOGIES CORP COM | A | Dividend | J | T | Buy | 11/18/20 | J | | |
| 229.  NB435 ROPER TECHNOLOGIES | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 230.  NB435 TJX COS | A | Dividend | K | T | Buy | 06/15/20 | K | | |
| 231. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 232.  NB435 ZEBRA TECHNOLOGIES CORP CL A | A | Dividend | | | Buy (add'l) | 05/29/20 | J | | |
| 233. | | | | | Sold | 08/07/20 | J | A | |
| 234.  NB435 VULCAN MATLS CO NOTE 2.49363% 6/15/20 | A | Interest | | | Redeemed | 06/15/20 | J | | |
| 235.  NB435 KRAFT HEINZ FOODS CO NOTE 2.47138% 2/10/21 | A | Interest | | | Sold | 05/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 236. NB435 MARRIOTT INTL INC NOTE 2.53500% 3/8/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 237. NB435 UNITED PARCEL SERVICE INC NOTE 2.24863% 4/1/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 238. NB435 GLAXOSMITHKLINE CAPITAL PLC NOTE 0.0% 5/14/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 239. NB435 ZOETIS INC NOTE CALL MAKE WHOLE 2.33850% 8/20/21 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 240. NB435 NEXTERA ENERGY CAP HLDGS INC BOND 2.9% 4/1/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 241. NB435 GOLDMAN SACHS GROUP INC MTN 4.0% 3/3/24 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 242. NB435 MARATHON OIL CORP NOTE CALL MAKE WHOLE 3.85% 6/1/25 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 243. NB435 DOWDUPONT INC NOTE CALL MAKE WHOLE 4.49300% 11/15/25 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 244. NB435 VIACOMCBS CORP NEW NOTE CALL MAKE WHOLE 4.0% 1/15/26 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 245. NB435 RAYMOND JAMES FINL INC 3.625% 9/15/26 | A | Interest | | | Buy | 01/13/20 | J | | |
| 246. | | | | | Sold | 08/07/20 | J | A | |
| 247. NB435 CITIGROUP INC NOTE 4.45% 9/29/27 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 248. NB435 BALL CORP NOTE CALL MAKE WHOLE 5.0% 3/15/22 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 249. NB435 ANIXTER INC NOTE CALL MAKE WHOLE 5.5% 3/1/23 | A | Interest | | | Sold (part) | 05/18/20 | J | A | |
| 250. | | | | | Sold | 08/07/20 | J | A | |
| 251. NB435 TOLL BROS FIN CORP NOTE CALL MAKE WHOLE 4.375% 4/15/23 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 252. NB435 AMERIGAS PARTNERS L P NOTE 5.625% 5/20/24 | A | Interest | | | Sold | 08/07/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. NB435 MURPHY OIL CORP NOTE CALL MAKE WHOLE 6.875% 8/15/24 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 254. NB435 ARCELORMITTAL SA LUXEMBOURG NOTE 4.55% 3/11/26 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 255. NB435 APACHE CORP NOTE CALL MAKE WHOLE 4.375% 10/15/28 | A | Interest | | | Sold | 08/07/20 | J | A | |
| 256. NB435 NEW YORK ST DORM AUTH REVS NON ST 5.0% 7/1/20 (649905XC5) | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 257. NB435 NEW YORK ST DORM AUTH REVS NON ST 5.0% 7/1/20 (649906TR5) | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 258. NB435 NEW YORK ST URBAN DEV CORP REV ST PERS 5.0% 3/15/21 | A | Interest | K | T | | | | | |
| 259. NB435 WESTCHESTER CNTY N Y GO REF BDS SER. 3.0% 10/15/22 | A | Interest | K | T | | | | | |
| 260. NB435 BATTERY PK CITY AUTH N Y REV SENIOR REV 5.0% 11/1/21 | A | Interest | K | T | | | | | |
| 261. NB435 NEW YORK NY CITY TRANSITIONAL FIN 5.0% 11/1/21 | A | Interest | K | T | | | | | |
| 262. NB435 METROPOLITAN TRANSN AUTH N Y REV REV 5.0% 11/15/21 | A | Interest | K | T | | | | | |
| 263. NB435 NEW YORK ST DORM AUTH REVS NON ST 5.0% 7/1/22 | A | Interest | K | T | | | | | |
| 264. NB435 NEW YORK ST URBAN DEV CORP REV ST PERS 5.0% 3/15/23 | A | Interest | K | T | | | | | |
| 265. NB435 NEW YORK N Y CITY TRANSITONAL FIN 5.0% 5/1/23 | A | Interest | K | T | | | | | |
| 266. NB435 NEW YORK N Y CITY TRANSITONAL FIN 5.0% 7/15/23 | A | Interest | K | T | | | | | |
| 267. NB435 NEW YORK N Y CITY INDL DEV AGY SPL FAC 5.0% 5/1/24 | A | Interest | K | T | | | | | |
| 268. NB435 NEW YORK N Y GO BDS SER. 2019 E 5.0% 8/1/24 | A | Interest | K | T | | | | | |
| 269. NB435 METROPOLITAN TRANSN AUTH N Y DEDICATED 5.0% 11/15/24 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 270. NB435 CONNECTICUT ST GO BDS SER. 2019 A 5.0% 4/15/27 | A | Interest | K | T | | | | | |
| 271. NB435 TRIBOROUGH BRDG & TUNL AUTH NY 4.0% 11/15/37 | A | Interest | K | T | Buy | 10/01/20 | K | | |
| 272. NB435 NEW YORK N Y CITY TRANSITIONAL FIN 5.0% 11/1/39 | A | Interest | K | T | | | | | |
| 273. NB435 INVESCO EXCHNG TRADED FD TR II S&P 500 | B | Dividend | | | Sold | 05/29/20 | L | A | |
| 274. NB435 SPDR S&P500 ETF TRUST | A | Dividend | N | T | Buy | 08/17/20 | M | | |
| 275. | | | | | Buy (add'l) | 09/04/20 | M | | |
| 276. NB435 EVENTIDE GILEAD FUND CLASS I | B | Distribution | L | T | | | | | |
| 277. NB435 FIDELITY ADVISOR NEW INSIGHTS CL I | D | Distribution | M | T | | | | | |
| 278. NB435 HARTFORD CORE EQUIITY FUND CLASS I | B | Distribution | | | Sold | 05/19/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sack, Robert D.** | 04/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)).  The worth of that claim cannot be determined at this time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Sack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544